[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 27, 2007
THOMAS K. KAHN
CLERK

No. 06-14632
Non-Argument Calendar

_____

D. C. Docket No. 06-60111-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DELROY ONEIL BARONETTE,
a.k.a. Paul Pierre,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 27, 2007)**

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Delroy O'Neil Baronette on this direct

criminal appeal, has filed a motion to withdraw supported by a brief prepared

pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967).  Our independent review of the record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

record reveals no issues of arguable merit, counsel's motion to withdraw is

**GRANTED**, and Baronette's conviction and sentence are **AFFIRMED**.